UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KELLI WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **3:06-0359** |
| | ) | **Judge Echols** |
| **STEVEN D. BELL & CO. d/b/a** | ) | |
| **WYNDCHASE BELLEVUE** | ) | |
| **APARTMENTS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Steven D. Bell & Company d/b/a Wyndchase Bellevue Apartments' Motion for Summary Judgment (Docket Entry No. 19) is hereby GRANTED and Plaintiff Kelli Williams' claim against Defendant is hereby DISMISSED.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE